■ GREGORY G. GUZEK, Appellant, v B & L WHOLESALE SUPPLY, INC., Respondents. (Appeal No. 2.) [53 NYS3d 866]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered December 21, 2015. The order denied plaintiff's posttrial motion to set aside the jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Guzek v B & L Wholesale Supply, Inc.* ([appeal No. 1] 151 AD3d 1662 [2017]). Present—Whalen, P.J., Smith, Centra, Peradotto and Scudder, JJ.